AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

**FILED**

SEP - 6 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.
DEMARIO R. HUNTER

*Defendant(s)*

Case No.   4:19 MJ 3218 NCC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 18, 2019___ in the county of ___St. Louis City___ in the ___Eastern___ District of ___Missouri___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2 and 2119(3) | Aiding and abetting in the commission of an attempted carjacking resulting in death |
| 18:2 and 924(j) | Aiding and abetting in the commission of a murder in the course of possessing a weapon in furtherance of a crime of violence |
| 18:2 and 924(c) | Aiding and abetting in the possession of a weapon in furtherance of a crime of violence |
| 18:922(g) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

SA Bastian Freund, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/06/2019

*Judge's signature*

City and state:   St. Louis, Missouri

Honorable Noelle C. Collins, U.S. Magistrate Judge

*Printed name and title*